PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave.
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff QUY TRUONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, | Case No.: 8:21-cv-01306-JLS-JDE |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| HAPPY HARBOR RESTAURANT, INC., a California corporation; | [Assigned to Hon. Josephine L. Staton] |
| Defendants. | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. The Parties anticipate that a settlement agreement will be finalized within 30 days. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: November 8, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

QUY TRUONG

NOTICE OF CONDITIONAL SETTLEMENT
8:21-CV-01306-JLS-JDE