ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  QUY TRUONG

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, | Case No.:  8:21-cv-01306-JLS-JDE |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| HAPPY HARBOR RESTAURANT, INC., a California corporation; | |
| Defendants. | [Assigned to Hon. Josephine L. Staton] |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:21-CV-01306-JLS-JDE**

**PLEASE TAKE NOTICE** that Plaintiff QUY TRUONG ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant HAPPY HARBOR RESTAURANT, INC., a California corporation ("Defendant"), has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: November 17, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

QUY TRUONG

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:21-CV-01306-JLS-JDE**